DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCEL SAN PEDRO,**
Appellant,

v.

**DEPARTMENT OF HEALTH,**
Appellee.

No. 4D2023-1572

[March 7, 2024]

Appeal from the State of Florida, Department of Health, Board of Clinical Social Work, Marriage and Family Therapy, and Mental Health Counseling; L.T. Case No. 2022-20483.

Aubrey Webb, Coral Gables, for appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health Prosecution Services Unit, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***